UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.
05 JUN 30 PM 2: 41
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
MEMPHIS

| | |
|---|---|
| JAMES C. BARBER, Sr., | ) |
| Plaintiff, | ) Case No. 2:05-cv-02041-SHM-tmp |
| v. | ) Hon. Samuel M. Mays, Jr. |
| | ) U.S. District Judge |
| RADIANS, INC. | ) Hon. Tu M. Pham |
| a Tennessee Corporation, | ) U.S. Magistrate Judge |
| and MIKE TUTOR, | ) |
| | ) JURY DEMAND |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL

Upon consideration of the Motion to File Under Seal filed by James C. Barber, Sr., it is the order of the Court that the Motion is well-taken and it should be granted.

Entered the 30 day of June, 2005.

_____
JUDGE

APPROVED FOR ENTRY:

_____
Joel T. Galanter
Brad A. Lampley
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
424 Church Street, Suite 2800
Nashville, TN 37219
Telephone: 615-259-1450

James C. Zeman
Frank D. Eaman
James V. Bellanca, III
BELLANCA, BEATTIE AND DE LISLE, P.C.
20480 Vernier Road
Harper Woods, MI 48225-1411
(313) 882-1100
*Attorneys for Plaintiff*

284110.1/13311.1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-1-05

67

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon Paul B. Billings, Jr., Castle & Billings, PLC, 6555 Quince Rd., Suite 109, Memphis, TN 38119-8220 and Howard L. Cleveland, IV, Kiesewetter, Wise, Kaplan, Schwimmer & Prather, 3725 Champion Hills Dr., Ste. 3000, Memphis, TN 38125, by first class U.S. mail, postage prepaid this 28 day of June, 2005.

Joel T. Galante

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:05-CV-02041 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Paul S. Davidson
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
424 Church St.
Ste. 2800
Nashville, TN 37219--232

James V. Bellanca
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernier Road
Haoer Woods, MI 48225--141

Paul B. Billings
LAW OFFICE OF PAUL B. BILLINGS, JR.
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

Steven Hymowitz
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

James C. Zeman
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernie Road
Harper Woods, MI 48225--141

Joel T. Galanter
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
424 Church St.
Ste. 2800
Nashville, TN 37219--232

Frank D. Eaman
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernier Road
Harper Woods, MI 48225--141

Honorable Samuel Mays
US DISTRICT COURT