# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 JUL 11 PM 3: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JAMES C. BARBER, Sr. | ) |
| | ) |
| Plaintiff, | ) Case No. 2:05-cv-02041-SHM-tmp |
| | ) |
| v. | ) Hon. Samuel M. Mays, Jr. |
| | ) U.S. District Judge |
| RADIANS, INC. and | ) Hon. Tu M. Pham |
| MIKE TUTOR, | ) |
| | ) JURY DEMAND |
| Defendants. | ) |

## ORDER GRANTING PARTIES' JOINT MOTION
## FOR EXTENSION OF TIME

It appearing to the Court, the parties' Joint Motion for Extension of Time to Respond to Pending Motions to Compel is well taken.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  Plaintiff shall have by and through July 13, 2005 to respond to Defendant's Motion to Compel.

2.  Defendants shall have by and through July 22, 2005 to respond to Plaintiff's Motion to Compel.

Entered this the 11 day of July, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-12-05

69

APPROVED AS TO FORM:


Paul S. Davidson                                    Steven Hymowitz
Joel T. Galanter                                    Howard L. Cleveland, IV
ADAMS REESE                                         KIESEWETTER WISE KAPLAN
  STOKES BARTHOLOMEW                                  PRATHER, PLC
424 Church Street, Suite 2800                       3725 Champion Hills Drive, Ste 3000
Nashville, TN  37219                                 Memphis, TN  38125
(615) 259-1450                                      (901) 795-6695


James C. Zeman                                      Paul B. Billings, Jr. (#10906)
Frank D. Eaman                                      CASTLE & BILLINGS, PLC
James V. Bellanca, III                              6555 Quince Road
BELLANCA, BEATTIE AND DELISLE, P.C.                 Suite 109
20480 Vernier Road                                  Memphis, TN  38119-8220
Harper Woods, MI  48225-1411                        (901) 869-0497
(313) 882-1100

**COUNSEL FOR PLAINTIFF**                           **COUNSEL FOR DEFENDANTS**


2

APPROVED AS TO FORM:

Paul S. Davidson
Joel T. Galanter
ADAMS REESE
  STOKES BARTHOLOMEW
424 Church Street, Suite 2800
Nashville, TN 37219
(615) 259-1450

James C. Zeman
Frank D. Eaman
James V. Bellanca, III
BELLANCA, BEATTIE AND DELISLE, P.C.
20480 Vernier Road
Harper Woods, MI  48225-1411
(313) 882-1100

**COUNSEL FOR PLAINTIFF**


Steven Hymowitz
Howard L. Cleveland, IV
KIESEWETTER WISE KAPLAN
  PRATHER, PLC
3725 Champion Hills Drive, Ste 3000
Memphis, TN  38125
(901) 795-6695

Paul B. Billings, Jr. (#10906)
CASTLE & BILLINGS, PLC
6555 Quince Road
Suite 109
Memphis, TN  38119-8220
(901) 869-0497

**COUNSEL FOR DEFENDANTS**

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:05-CV-02041 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Frank D. Eaman
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernier Road
Harper Woods, MI 48225--141

James V. Bellanca
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernier Road
Haoer Woods, MI 48225--141

Paul S. Davidson
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
424 Church St.
Ste. 2800
Nashville, TN 37219--232

Paul B. Billings
LAW OFFICE OF PAUL B. BILLINGS, JR.
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

James C. Zeman
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernie Road
Harper Woods, MI 48225--141

Steven Hymowitz
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Joel T. Galanter
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
424 Church St.
Ste. 2800
Nashville, TN 37219--232

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125


Honorable Samuel Mays
US DISTRICT COURT