UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.
05 AUG -3 PM 3: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JAMES C. BARBER, Sr., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:05-cv-02041-SHM-tmp |
| ) | |
| v. ) | Hon. Samuel M. Mays, Jr. |
| ) | U.S. District Judge |
| RADIANS, INC. and ) | Hon. Tu M. Pham |
| MIKE TUTOR, ) | |
| ) | JURY DEMAND |
| Defendants. ) | |

## ORDER GRANTING DEFENDANT RADIANS' MOTION FOR LEAVE TO FILE REPLY

It appearing to the Court, Defendant, Radians, Inc.'s Motion for Leave to File Reply to Plaintiff's Opposition to Defendant Radians' Motion to Compel is well taken and is GRANTED.

The Clerk is instructed to file Defendant Radians' Reply to Plaintiff's Opposition to Radians' Motion to Compel, which is annexed to Defendant's Motion, in the record of this cause.

_____
JUDGE

Date: August 3, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-4-05

81

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 81 in case 2:05-CV-02041 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Frank D. Eaman
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernier Road
Harper Woods, MI 48225--141

James V. Bellanca
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernier Road
Haoer Woods, MI 48225--141

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Steven Hymowitz
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Joel T. Galanter
ADAMS AND REESE/STOKES BARTHOLOMEW
424 Church St.
Ste. 2800
Nashville, TN 37219--232

James C. Zeman
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernie Road
Harper Woods, MI 48225--141

Brad A. Lampley
ADAMS AND RESSE/STOKES BARTHOLOMEW
424 Church St
Ste 2800
Nashville, TN 37219

Paul B. Billings
LAW OFFICE OF PAUL B. BILLINGS, JR.
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT