UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY [illegible] D.C.

05 AUG 12 PM 5: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JAMES C. BARBER, Sr. | ) |
| | ) |
| Plaintiff, | ) Case No. 2:05-cv-02041-SHM-tmp |
| | ) |
| v. | ) Hon. Samuel M. Mays, Jr. |
| | ) U.S. District Judge |
| RADIANS, INC. and | ) Hon. Tu M. Pham |
| MIKE TUTOR, | ) |
| | ) JURY DEMAND |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL

Upon consideration of the Motion to File Under Seal filed by Defendants Radians, Inc. and Mike Tutor, it is the Order of the Court that the Motion is well-taken and is hereby GRANTED.

Entered this the 12 day of August, 2005.

_____
JUDGE

This document entered on the docket sheet in [compliance]
with Rule 55 and/or 32(b) FRCrP on 8-15-05

82

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:05-CV-02041 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Joel T. Galanter
ADAMS AND REESE/STOKES BARTHOLOMEW
424 Church St.
Ste. 2800
Nashville, TN 37219--232

Frank D. Eaman
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernier Road
Harper Woods, MI 48225--141

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Paul B. Billings
LAW OFFICE OF PAUL B. BILLINGS, JR.
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

James V. Bellanca
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernier Road
Haoer Woods, MI 48225--141

James C. Zeman
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernie Road
Harper Woods, MI 48225--141

Brad A. Lampley
ADAMS AND RESSE/STOKES BARTHOLOMEW
424 Church St
Ste 2800
Nashville, TN 37219

Steven Hymowitz
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable Samuel Mays
US DISTRICT COURT