IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⧸⧸ D.C.

05 SEP 14 PM 2:46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JAMES C. BARBER, SR.,

    Plaintiff,

VS.                                                NO. 05-2041-Ma

RADIANS, INC.,

    Defendant.

## ORDER AMENDING SCHEDULE

At the request of counsel, a conference was held in this matter on September 1, 2005. Appearing on behalf of plaintiff was Joel Galanter. Participating on behalf of defendant were Howard Cleveland, Steven Hymowitz, and Paul Billings. Pursuant to oral motion of the parties, the court amends the schedule as follows:

1. The deadline for plaintiff's expert disclosures is December 15, 2005.
2. The deadline for defendant's expert disclosures is January 16, 2006.
3. The deadline for completing all discovery is February 15, 2006.
4. The deadline for completing mediation is March 1, 2006.
5. The deadline for filing potentially dispositive motions is March 15, 2006.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-14-05

91

6. The parties will submit a proposed joint pretrial order by 5:00 p.m. on July 7, 2006.

7. A pretrial conference will be held on Friday, July 14, 2006, at 10:30 a.m.

8. The jury trial is **reset** to Monday, July 24, 2006, at 9:30 a.m. and is expected to take 2 to 3 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 14th day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 91 in case 2:05-CV-02041 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Brad A. Lampley
ADAMS AND RESSE/STOKES BARTHOLOMEW
424 Church St
Ste 2800
Nashville, TN 37219

James V. Bellanca
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernier Road
Haoer Woods, MI 48225--141

Joel T. Galanter
ADAMS AND REESE/STOKES BARTHOLOMEW
424 Church St.
Ste. 2800
Nashville, TN 37219--232

James C. Zeman
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernie Road
Harper Woods, MI 48225--141

Frank D. Eaman
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernier Road
Harper Woods, MI 48225--141

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Steven Hymowitz
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Paul B. Billings
LAW OFFICE OF PAUL B. BILLINGS, JR.
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT