IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ▬ D.C.

05 OCT -5 PM 5:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

JAMES C. BARBER, SR.,

    Plaintiff,

VS.                             NO. 05-2041-MaP

RADIANS, INC., ET AL.,

    Defendants.

---

ORDER EXTENDING DEADLINE TO FILE OBJECTIONS
TO MAGISTRATE JUDGE'S ORDER

---

Before the court is the October 4, 2005, joint motion of the parties requesting an extension of the deadline for filing objections to the September 23, 2005, order entered by Magistrate Judge Tu Pham in this matter. The extension is necessary in order to allow the parties to engage in mediation. For good cause shown, the motion is granted. The deadline for filing objections to the magistrate judge's order is extended to and including October 21, 2005.

It is so ORDERED this 5th day of October, 2005.

                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
10-7-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 94 in case 2:05-CV-02041 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

James C. Zeman
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernie Road
Harper Woods, MI 48225--141

Brad A. Lampley
ADAMS AND RESSE/STOKES BARTHOLOMEW
424 Church St
Ste 2800
Nashville, TN 37219

Steven Hymowitz
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Joel T. Galanter
ADAMS AND REESE/STOKES BARTHOLOMEW
424 Church St.
Ste. 2800
Nashville, TN 37219--232

Frank D. Eaman
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernier Road
Harper Woods, MI 48225--141

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Paul B. Billings
LAW OFFICE OF PAUL B. BILLINGS, JR.
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

James V. Bellanca
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernier Road
Haoer Woods, MI 48225--141

Honorable Samuel Mays
US DISTRICT COURT