UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ /s/ _____ D.C.

05 OCT 17 PM 3:25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JAMES C. BARBER, Sr. | ) |
| | ) |
| Plaintiff, | ) Case No. 2:05-cv-02041-SHM-tmp |
| | ) |
| v. | ) Hon. Samuel M. Mays, Jr. |
| | ) U.S. District Judge |
| RADIANS, INC. and | ) Hon. Tu M. Pham |
| MIKE TUTOR, | ) |
| | ) JURY DEMAND |
| Defendants. | ) |

### ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR COMPLYING WITH ORDER GRANTING, IN PART, PLAINTIFF'S MOTION TO COMPEL

This cause came to be heard on the Joint Motion of the Parties to Extend the Deadline for Complying with Magistrate Pham's Order of September 23, 2005, Granting in Part Plaintiff's Motion to Compel.

Having considered the arguments of counsel and for good cause shown, IT IS HEREBY ORDERED ADJUDGED AND DECREED that Defendant shall have by and through Friday, October 21, 2005 to comply Magistrate Pham's Order Granting in Part Plaintiff's Motion to Compel.

Entered this the 17 day of October, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-20-05

96

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 2:05-CV-02041 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Joel T. Galanter
ADAMS AND REESE/STOKES BARTHOLOMEW
424 Church St.
Ste. 2800
Nashville, TN 37219--232

James V. Bellanca
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernier Road
Haoer Woods, MI 48225--141

Brad A. Lampley
ADAMS AND RESSE/STOKES BARTHOLOMEW
424 Church St
Ste 2800
Nashville, TN 37219

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Steven Hymowitz
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Frank D. Eaman
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernier Road
Harper Woods, MI 48225--141

James C. Zeman
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernie Road
Harper Woods, MI 48225--141

Paul B. Billings
LAW OFFICE OF PAUL B. BILLINGS, JR.
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT