UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 26 PM 4:57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JAMES C. BARBER, SR.,

    Plaintiff,

v.                                                                Cv. No. 05-2041-Ma

RADIANS, INC., and
MIKE TUTOR,

    Defendants.

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order of Dismissal, docketed October 25, 2005. Each party shall bear its own costs and attorney fees.

**APPROVED:**

_/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October 26, 2005
DATE

THOMAS M. GOULD
CLERK
_/s/_
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-27-05

99

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 99 in case 2:05-CV-02041 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

Frank D. Eaman
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernier Road
Harper Woods, MI 48225--141

James V. Bellanca
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernier Road
Haoer Woods, MI 48225--141

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

James C. Zeman
BELLANCA BEATTIE AND DE LISLE, P.C.
20480 Vernie Road
Harper Woods, MI 48225--141

Brad A. Lampley
ADAMS AND RESSE/STOKES BARTHOLOMEW
424 Church St
Ste 2800
Nashville, TN 37219

Steven Hymowitz
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Paul B. Billings
LAW OFFICE OF PAUL B. BILLINGS, JR.
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

Joel T. Galanter
ADAMS AND REESE/STOKES BARTHOLOMEW
424 Church St.
Ste. 2800
Nashville, TN 37219--232

Honorable Samuel Mays
US DISTRICT COURT